# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No.: 1:12-cr-188 |
| Maureen Red Stone, | ) |
| Defendant. | ) |

The court convened a detention hearing in the above-captioned action on March 27, 2015. AUSA Gary Delorme appeared on the Government's behalf. Assistant Federal Public Defender Ryan Costello appeared on defendant's behalf.

Pursuant to its discussion with parties, the court **ORDERS** that defendant shall be released to the custody of tribal authorities.

Dated this 31st day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court