# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maureen Red Stone, | ) | Case No. 1:12-cr-188 |
| Defendant. | ) | |

Before the court is a "Motion to Dismiss Petition for Revocation of Supervised Release" filed by the Government on July 9, 2015. The Government advises that defendant has agreed to a placement at a halfway house pending additional treatment or adjustments.

The court **GRANTS** the Government's motion (Docket No. 55) and **DISMISSES** the petition without prejudice. Upon her release from custody, defendant shall report to the Pretrial Services Office. The final hearing on defendant's petition that was scheduled for July 27, 2015, before Judge Hovland is cancelled.

**IT IS SO ORDERED.**

Dated this 14th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court